NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Cal. Bar No. 222875
Assistant United States Attorney
Asset Forfeiture Section
  1400 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-3172
  Facsimile: (213) 894-0142
  E-mail: katie.schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:20-CV-11712 |
|---|---|
| Plaintiff, | **VERIFIED COMPLAINT FOR FORFEITURE** |
| v. | 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6) |
| 391.5873617 IN BITCOIN, ONE 1974 TRIUMPH COMMERCIAL VESSEL AND ONE CALIFORNIA SQUID PERMIT, | [F.B.I.] |
| Defendants. | |

  Plaintiff United States of America brings this claim against defendants 391.5873617 in Bitcoin, One 1974 Triumph Commercial Vessel and One California Squid Permit (collectively, "the "Defendants"), and alleges as follows:

///

# JURISDICTION AND VENUE

1. This is a civil forfeiture action brought pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6).

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this District pursuant to 28 U.S.C. § 1395.

# PERSONS AND ENTITIES

4. The plaintiff is the United States of America ("plaintiff" or the "government" or "the United States of America").

5. The Defendants consist of the following:

   a. 391.5873617 in Bitcoin (the "defendant Bitcoin"), which was seized on January 11, 2019, during the execution of a federal search warrant at a residence in Ventura, California;

   b. One 1974 Triumph Commercial Vessel, with California CF Number CF 0788 KC and Hull ID Number C5708 (the "defendant vessel"), seized on February 4, 2020, at the Port of Los Angeles, in Los Angeles, California; and

   c. One California Squid Permit is a Market Squid Light Boat Permit, with number LBT 024 (the "defendant permit") issued by the State of California Department of Fish and Wildlife.

6. The Defendants are in the custody of the United States Marshals Service in this District, where they shall remain subject to this Court's jurisdiction during the pendency of this action.

7. Because Defendants' owner (hereinafter referred to as "the Vendor") has agreed to forfeit the Defendants, there are no specific persons or entities that the government can identify whose interests may be adversely affected by these proceedings. Nevertheless, the government will provide notice via the internet of these proceedings to any other potential third party claimants advising those third parties of their right to file a claim to the Defendants and an answer to the Complaint.

# FACTS SUPPORTING FORFEITURE

8. During an investigation of Darknet marketplaces, including the marketplace known as the "Dream" marketplace, law enforcement officers identified the Vendor as a person who sold drugs, including fentanyl patches and opioids dispensed without prescription, over the Darknet marketplace, in exchange for Bitcoin. Dream was one of the world's largest Darknet marketplaces that allowed persons to sell a wide variety of contraband, including illegal narcotics.

## *Defendant Bitcoin*

9. During the execution of search warrants on January 11, 2019, officers located the defendant Bitcoin in cold storage wallets at a residence. Vendor admitted to officers the facts set forth in paragraph 10 below.

10. The defendant Bitcoin was derived from the sales of illegal drugs, including fentanyl patches and opioids dispensed without prescription, on the Darknet between 2016 and 2019. The Vendor began selling illegal prescription drugs on the Darknet in approximately 2014 using multiple marketplaces, including Dream, Silk Road, AlphaBay, and Wall Street Market, and from 2014 and thereafter made approximately $250,000 worth of Bitcoin each month from the illegal drug sales.

11. Additionally, on approximately sixteen occasions between December 2017 and May 2018, officers made undercover purchases of opioid drugs from the Vendor on the Darknet. Those drugs were purchased without prescriptions in exchange for Bitcoin. The defendant Bitcoin was the Vendor's gross proceeds for those sales, after the administrators of the various Darknet marketplaces reduced their commissions for hosting the platform over which the Vendor sold drugs.

## *Defendant Vessel and Defendant Permit*

12. Pursuant to a sales contract, on or about February 15, 2018, the Vendor purchased the defendant vessel and defendant permit with $600,000 in U.S. currency. The Vendor admitted to officers that the $600,000 was derived from Bitcoin collected from sales of illegal prescription drugs that had been converted to U.S. currency. The

purpose of converting the Bitcoin to U.S. currency was to conceal and disguise the nature, location, source, ownership and control of the payments that the Vendor received from the sale of drugs on the Darknet Marketplaces.

## FIRST CLAIM FOR RELIEF

13. Based on the facts set forth above, plaintiff alleges that the Defendants represent or are traceable to proceeds of illegal narcotic trafficking, or were used or intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 *et seq*. The Defendants are therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

## SECOND CLAIM FOR RELIEF

14. Based on the facts set forth above, plaintiff alleges that the Defendants constitute property involved in multiple transactions or attempted transactions in violation of 18 U.S.C. § 1956(a)(1)(B)(i) and/or (a)(1)(B)(i), or property traceable to such property, with the specified unlawful activity being a controlled substance or listed chemical violation. The Defendants are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

///

WHEREFORE, the United States of America prays:

(a) that due process issue to enforce the forfeiture of Defendants;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should be not be decreed;

(c) that this Court decree forfeiture of Defendants to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: December 29, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ *Katharine Schonbachler*
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## VERIFICATION

I, Jennifer Bannon, hereby declare that:

1. I am a Special Agent with the Federal Bureau of Investigation. I am the case agent for the civil forfeiture action entitled *United States of America v. 391.5873617 in Bitcoin, One 1974 Triumph Commercial Vessel and One California Squid Permit.*

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 29, 2020 in Ventura, California.

JENNIFER BANNON
Special Agent