1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  KATHARINE SCHONBACHLER
   California Bar No. 222875
6  Assistant United States Attorney
   Asset Forfeiture Section
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California  90012
        Telephone: (213) 894-3172
9       Facsimile: (213) 894-0142
        E-mail: Katie.Schonbachler@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                UNITED STATES DISTRICT COURT

13             FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                        WESTERN DIVISION

| | |
|---|---|
| 15 UNITED STATES OF AMERICA, | No. 2:20-CV-11712 |
| 16     Plaintiff, | WARRANT |
| 17     v. | |
| 18 391.5873617 IN BITCOIN, ONE 1974 TRIUMPH COMMERCIAL VESSEL AND ONE CALIFORNIA SQUID PERMIT, | |
| 19 | |
| 20     Defendants. | |

        TO:   UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF
              CALIFORNIA:

        A Complaint for Forfeiture having been filed in this action,

///

IT IS ORDERED that you seize the defendants, 391.5873617 in Bitcoin, One 1974 Triumph Commercial Vessel and One California Squid Permit, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: _____

KIRY K. GRAY, Clerk

_____
Deputy Clerk