1 NICOLA T. HANNA
United States Attorney
2 BRANDON D. FOX
Assistant United States Attorney
3 Chief, Criminal Division
STEVEN R. WELK
4 Assistant United States Attorney
Chief, Asset Forfeiture Section
5 KATHARINE SCHONBACHLER
California Bar No. 222875
6 Assistant United States Attorney
Asset Forfeiture Section
7      Federal Courthouse, 14th Floor
       312 North Spring Street
8      Los Angeles, California  90012
       Telephone: (213) 894-3172
9      Facsimile: (213) 894-0142
       E-mail: Katie.Schonbachler@usdoj.gov
10
Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                    UNITED STATES DISTRICT COURT

13                FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                           WESTERN DIVISION

15 | UNITED STATES OF AMERICA,    | No. 2:20-CV-11712-CAS (JCx)
16 |        Plaintiff,            | WARRANT
17 |           v.                 |
18 | 391.5873617 IN BITCOIN, ONE 1974
   | TRIUMPH COMMERCIAL VESSEL
19 | AND ONE CALIFORNIA SQUID
   | PERMIT,
20 |
   |        Defendants.
21

22

23
         TO:   UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF
24
               CALIFORNIA:
25
         A Complaint for Forfeiture having been filed in this action,
26
///
27

28

    IT IS ORDERED that you seize the defendants, 391.5873617 in Bitcoin, One 1974 Triumph Commercial Vessel and One California Squid Permit, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court.

    YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: 01/04/2021

KIRY K. GRAY, Clerk

*E. Liburats* (signature)

Deputy Clerk