NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
California Bar No. 222875
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-0142
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT

JAN 2 2 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>391.5873617 IN BITCOIN, ONE 1974 TRIUMPH COMMERCIAL VESSEL AND ONE CALIFORNIA SQUID PERMIT,<br><br>    Defendants. | No. 2:20-CV-11712 -CAS (JCx)<br><br><u>WARRANT</u> |

TO:   UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF CALIFORNIA:

A Complaint for Forfeiture having been filed in this action,

///

1      IT IS ORDERED that you seize the defendants, 391.5873617 in Bitcoin, One

2  1974 Triumph Commercial Vessel and One California Squid Permit, and cause the same

3  to be detained in your custody, or in the custody of a Substitute Custodian, until further

4  notice of the Court.

5      YOU ARE FURTHER ORDERED to file this process in this Court with your

6  return promptly after execution.

7

8      DATED:  01/04/2021

9

10     KIRY K. GRAY, Clerk

11

12     Deputy Clerk

13

1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS
   California Bar No. 101281
6  Assistant United States Attorney
   Asset Forfeiture Section
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone:  (213) 894-2569
9       Facsimile:  (213) 894-0142
        E-mail:   Victor.Rodgers@usdoj.gov
10
11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12

13              UNITED STATES DISTRICT COURT

14          FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                    WESTERN DIVISON

16 UNITED STATES OF AMERICA,        No. 2:21-CV-00132 DMG (JCx)

17          Plaintiff,              WARRANT

18              v.

19 $53,800.00 IN U.S. CURRENCY,

20          Defendant.

21

22

23

24      TO:  UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF

25 CALIFORNIA:

26      A Complaint for Forfeiture having been filed in this

27 action,

28 ///

1      IT IS ORDERED that you seize the defendant, $53,800.00 in

2  U.S. currency, and cause the same to be detained in your

3  custody, or in the custody of a Substitute Custodian, until

4  further notice of the Court.

5      YOU ARE FURTHER ORDERED to file this process in this Court

6  with your return promptly after execution.

7

8  DATED:    January 8, 2021

9

10

11                          KIRY K. GRAY, Clerk

12

13 

14                          Deputy Clerk

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2