1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  KATHARINE SCHONBACHLER
   California Bar No. 222875
6  Assistant United States Attorney
   Asset Forfeiture Section
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-3172
9       Facsimile: (213) 894-0142
        E-mail: Katie.Schonbachler@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:20-CV-11712-CAS (JCx) |
|---|---|
| Plaintiff, | **WARRANT** |
| v. | |
| 391.5873617 IN BITCOIN, ONE 1974 TRIUMPH COMMERCIAL VESSEL AND ONE CALIFORNIA SQUID PERMIT, | |
| Defendants. | |

TO: UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF CALIFORNIA:

A Complaint for Forfeiture having been filed in this action,

///

1  IT IS ORDERED that you seize the defendants, 391.5873617 in Bitcoin, One
2  1974 Triumph Commercial Vessel and One California Squid Permit, and cause the same
3  to be detained in your custody, or in the custody of a Substitute Custodian, until further
4  notice of the Court.
5  YOU ARE FURTHER ORDERED to file this process in this Court with your
6  return promptly after execution.

DATED: 01/04/2021

KIRY K. GRAY, Clerk

*[signature: E. Lihunts]*

Deputy Clerk