TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER (Cal. Bar No. 222875)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-0142
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>391.5873617 IN BITCOIN, ONE 1974 TRIUMPH COMMERCIAL VESSEL AND ONE CALIFORNIA SQUID PERMIT,<br><br>    Defendants. | NO. 2:20-CV-11712-CAS (JCx)<br><br>APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK AGAINST THE INTERESTS OF ALL POTENTIAL CLAIMANTS; DECLARATION OF KATHARINE SCHONBACHLER<br><br>[Fed. R. Civ. P. 55(a) and Local Rule 55-1] |

    Pursuant to Local Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55-1 of the Local Rules of Practice for the Central District of California, Plaintiff United States of America hereby respectfully applies for entry of default by the Clerk in the instant action against the interests of all potential claimants.

This application is based on the facts set forth in the attached Declaration of Katharine Schonbachler (the "Schonbachler Declaration") and appearing in the Court's file.

As set forth more particularly in the Schonbachler Declaration: (i) notice of this action has been published as required by Supplemental Rule G(4) and Local Rules C(3) and C(4)(a)(1); (ii) plaintiff had identified no specific persons or entities to mail notice of this action to as required by Local Rule C(4)(a)(3); (iii) no potential claimant has filed a claim or answer in this action, and the time to file a claim or answer has expired; (iv) in the absence of any potential claimant, the procedural requirements for minors or incompetent persons do not apply, and (v) in the absence of any potential claimant, the Servicemembers Civil Relief Act of 2003 does not apply.

DATED: March 23, 2021            Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/*Katharine Schonbachler*
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA