## DECLARATION OF KATHARINE SCHONBACHLER

I, Katharine Schonbachler, hereby declare and state as follows:

I have personal knowledge of the following facts and, if called as a witness, would testify thereto under oath.

1. I am an Assistant United States Attorney in the Central District of California. In my capacity as an Assistant United States Attorney, I am chiefly responsible for the representation of the government's interest in this action, entitled *U.S. v. 391.5873617 in Bitcoin, One 1974 Triumph Commercial Vessel and One California Squid Permit*; No. 2:20-CV-11712-CAS (JCx). After reviewing Plaintiff's file and records in this case, I am informed and believe that:

2. On December 29, 2020, the government filed a Verified Complaint for Forfeiture as to the defendants, 391.5873617 in Bitcoin, One 1974 Triumph Commercial Vessel and One California Squid Permit ("Defendants"), pursuant to 19 U.S.C. §§ 1526(e) and 1595a(c)(2)(C).

3. Process was executed upon the Defendants, 391.5873617 in Bitcoin, One 1974 Triumph Commercial Vessel, and One California Squid Permit, by United States Marshals Service in accordance with Supplemental Rule E(4)(b) and Supplemental Rule G(3)(c) on January 14, 2021, January 27, 2021, and January 13, 2021, respectively. Attached hereto as Exhibit "A" is a true and correct copy of the executed process receipts filed with the court.

4. As noted in paragraph 7 of the Complaint (Dkt. 1), because Defendants' owner agreed to forfeit the Defendants prior to the Complaint being filed, there were no specific persons or entities that the government identified whose interests may be adversely affected by these proceedings. Nevertheless, the government provided notice via the internet of these proceedings to any other potential third party claimants advising those third parties of their right to file a claim to the Defendants and an answer to the Complaint.

/ / /

5.       Beginning on December 31, 2020, notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Attached hereto as Exhibit "B" is a true and correct copy of the internet proof of publication.

6.       In accordance with Supplemental Rule G(5), all interested parties who did not receive direct notice were required to file a claim no later than 60 days after the first day of publication on an official internet government forfeiture site and an answer within 21 days thereafter.  The first day of publication of this action on the government forfeiture site was December 31, 2020.  Accordingly, the time to file a claim and answer for all interested parties expired on March 1, 2021 and March 22, 2021, respectively.

7.       Plaintiff has not received a filed claim or answer from any potential claimant.

8.       In the absence of any potential claimant, the procedural requirements for minors or incompetent persons do not apply.

9.       In the absence of any potential claimant, the Servicemembers Civil Relief Act of 2003 does not apply.

I declare under penalty of perjury, under the laws of the United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed on March 23, 2021 in Los Angeles, California.

 /s/*Katharine Schonbachler*
KATHARINE SCHONBACHLER