Log # 2542
JDIS:1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:20-CV-11712-CAS-JCx |
| DEFENDANT | TYPE OF PROCESS |
| 391.5873617 in Bitcoin, et al. | Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA Katharine Schonbachler<br>312 North Spring Street, 14th Floor<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285<br><br>Number of parties to be served in this case<br><br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

19-FBI-001810 (391.5873617 in Bitcoin). Please seize the defendant asset.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Katharine Schonbachler | | 213-894-3172 | 01/04/2021 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br><br>1 | District of Origin<br>No. 12 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk<br><br>PATRICIA NUGENT — Digitally signed by PATRICIA NUGENT Date: 2021.01.05 10:23:15 -08'00' | Date<br>01/05/2020 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>01/14/21 | Time<br>8:28 | ☒ am<br>☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br><br>PATRICIA NUGENT — Digitally signed by PATRICIA NUGENT Date: 2021.01.14 08:28:31 -08'00' |
|---|---|

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | $65.00 |

REMARKS

391.5873617 BITCOIN(19-FBI-001810) IN USMS CUSTODY AS OF 03/29/2019. PENDING JUDICIAL FORFEITURE ORDER.



FILED
CLERK, U.S. DISTRICT COURT
JAN 2 2 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**EXHIBIT A**

3

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
California Bar No. 222875
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-0142
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CV-11712 -CAS (JCx) |
| Plaintiff, | WARRANT |
| v. | |
| 391.5873617 IN BITCOIN, ONE 1974 TRIUMPH COMMERCIAL VESSEL AND ONE CALIFORNIA SQUID PERMIT, | |
| Defendants. | |

TO: UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF CALIFORNIA:

A Complaint for Forfeiture having been filed in this action,

///

**EXHIBIT A**

4

IT IS ORDERED that you seize the defendants, 391.5873617 in Bitcoin, One 1974 Triumph Commercial Vessel and One California Squid Permit, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: 01/04/2021

KIRY K. GRAY, Clerk

*E. Liberts*

Deputy Clerk

**EXHIBIT A**

## U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:20-CV-11712-CAS-JCx |
| DEFENDANT | TYPE OF PROCESS |
| 391.5873617 in Bitcoin, et al. | Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA Katharine Schonbachler<br>312 North Spring Street, 14th Floor<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
19-FDA-000043 (One 1974 Triumph Commercial Vessel). Please seize the defendant asset.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Katharine Schonbachler | ☐ DEFENDANT | 213-894-3172 | 01/04/2021 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk | Date<br>01/05/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 1/27/21 | Time 10:07 | ☒ am ☐ pm |
|---|---|---|---|

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

| Service Fee<br>$ 65.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>$ 65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$ 65.00 |
|---|---|---|---|---|---|

**REMARKS** 19-FDA-000043 : SEIZED ONE 1974 TRIUMPH COMMERCIAL VESSEL ON 01/27/21.

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**EXHIBIT A**

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

# U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:20-CV-11712-CAS-JCx |
| DEFENDANT | TYPE OF PROCESS |
| 391.5873617 in Bitcoin, et al. | Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA Katharine Schonbachler<br>312 North Spring Street, 14th Floor<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
19-FDA-000044 (One California Squid Permit). Please seize the defendant asset.

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| /s/ Katharine Schonbachler | 213-894-3172 | 01/04/2021 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| (Sign only for USM 285 if more than one USM 285 is submitted) | 1 | No. 12 | No. 12 | | 01/05/21 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| | 1/13/21 | 3:30 | ☐ am ☒ pm |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $ 65 | | | $ 65 | | $ 65 |

REMARKS
**19-FDA-000044** (ONE CALIFORNIA LIGHT SQUID PERMIT LBT 024) WAS SEIZED ON 01/05/21.



FILED
CLERK, U.S. DISTRICT COURT
JAN 2 2 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

**EXHIBIT A**

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

7

Form USM-285
Rev. 11/18