# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>391.5873617 IN BITCOIN, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20−cv−11712−CAS−JC<br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

    It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

391.5873617 in Bitcoin

1974 Triumph Commercial Vessel

One California Squid Permit is a Market Squid Light Boat Permit


Clerk, U.S. District Court

 March 24, 2021                         By  /s/ *Sharon Hall−Brown*
Date                                       Deputy Clerk