**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> PLAINTIFF(S) <br><br> v. <br><br> 391.5873617 IN BITCOIN, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:20−cv−11712−CAS−JC <br><br><br> **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |

    It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

391.5873617 in Bitcoin

1974 Triumph Commercial Vessel

One California Squid Permit is a Market Squid Light Boat Permit


                                                                  Clerk, U.S. District Court

 March 24, 2021                                      By  */s/ Sharon Hall−Brown*
Date                                                         Deputy Clerk

CV−37 (10/01)                           **DEFAULT BY CLERK F.R.Civ.P. 55(a)**

**EXHIBIT C**