UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>391.5873617 IN BITCOIN, ONE 1974 TRIUMPH COMMERCIAL VESSEL AND ONE CALIFORNIA SQUID PERMIT,<br><br>    Defendants. | NO. 2:20-CV-11712-CAS (JCx)<br><br>DEFAULT JUDGMENT OF FORFEITURE<br><br>HEARING DATE: April 26, 2021<br>TIME: 10:00 a.m.<br>Ctrm: 8D<br>Before the Honorable Christina A. Snyder, United States District Judge |

This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on December 29, 2020. Notice of this action has been given in the manner required by law. No potential claimant has appeared by filing a Statement identifying his or her rights or interests with this Court. Further, no potential claimant has filed an Answer to the Complaint or otherwise defended their interest, if any, in the Defendants 391.5873617 in Bitcoin, One 1974 Triumph Commercial Vessel, and One California Squid Permit ("Defendants"). Therefore, the Court deems that all potential claimants admit the allegations of the Complaint to be true. The Court further finds that the allegations of the complaint establish that the Defendants are subject to forfeiture.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of all potential claimants in and to the Defendants are condemned and forfeited to the United States of America. The government shall dispose of the Defendants according to law.

DATED: April 26, 2021

THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:
TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Katharine Schonbachler
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA