Log #2610

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:20-CV-11712-CAS-JCx |
| DEFENDANT | TYPE OF PROCESS |
| 391.5873617 in Bitcoin, et al. | Default Judgment of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Katharine Schonbachler
312 North Spring Street, 14th Floor
Los Angeles, CA 90012

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED C/CA U.S. MARSHALS SERVICE 2021 APR 27 AM 7:19

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to the Default Judgment of Forfeiture, all right, title, and interest of all potential claimants in and to the Defendants are condemned and forfeited to the United States of America. Please dispose of the Defendant, One 1974 Triumph Commercial Vessel, CATS ID No. 19-FDA-000043, in accordance with the law.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| KATHARINE SCHONBACHLER  Digitally signed by KATHARINE SCHONBACHLER Date: 2021.04.27 16:11:55 -07'00' | | 213-894-3172 | 4/27/2021 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 12 | No. 12 | [signature] | 4/27/2021 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☒ am ☐ pm |
|---|---|---|---|
| | 7/23/21 | 11:14 | |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | Pat Nugent |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS  (19-FDA-000043): ONE 1974 TRIUMPH COMMERCIAL VESSEL WAS SOLD LIQUIDATED THROUGH ONLINE AUCTION ON 7/12/21 FOR $13,500

FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2021
CENTRAL DISTRICT OF CALIFORNIA
BY LMN  DEPUTY

Form USM-285
Rev. 03/21