Log #2609
Capture # 012-2:2020-CV-11712-1

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:20-CV-11712-CAS-JCx |
| DEFENDANT | TYPE OF PROCESS |
| 391.5873617 in Bitcoin, et al. | Default Judgment of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Katharine Schonbachler
312 North Spring Street, 14th Floor
Los Angeles, CA 90012

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to the Default Judgment of Forfeiture, all right, title, and interest of all potential claimants in and to the Defendants are condemned and forfeited to the United States of America. Please dispose of the Defendant, 391.5873617 in Bitcoin, CATS ID No. 19-FBI-001810, in accordance with the law.

Signature of Attorney other Originator requesting service on behalf of:
KATHARINE SCHONBACHLER
Digitally signed by KATHARINE SCHONBACHLER
Date: 2021.04.27 16:13:33 -07'00'

[x] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 213-894-3172
DATE: 4/27/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 12
District to Serve No. CC
Signature of Authorized USMS Deputy or Clerk
Date: 4/27/21

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 7/22/21
Time: 1:55 [x] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

19-FBI-001810 sold on 06/08/2021. Deposited sale proceeds in the amount of $12,581,528.75 into AFF on 06/09/2021.

FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2021
CENTRAL DISTRICT OF CALIFORNIA
BY KmH DEPUTY

Form USM-285
Rev. 03/21